AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

## UNITED STATES DISTRICT COURT
for the

Western District of Texas

December 26, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Myrna Gallegos_
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>Rodrigo BERNAL-Islas<br><br><br><br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    **EP-24-MJ-_5080_-ATB**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 19, 2024_____ in the county of _____Hudspeth_____ in the _____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324(a)(1)(A)(i) and (a)(1)(B)(i) | knowing that a person is an alien, intentionally brought to and attempted to bring to the United States in any manner whatsoever such person at a place other than a designated port of entry, regardless of whether such alien has received prior official authorization to come to, enter, and reside in the United States. |

This criminal complaint is based on these facts:

See attached.

☑ Continued on the attached sheet.

_Complainant's signature_

Jason Pyatt, Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____12/26/2024_____

_Judge's signature_

City and state: _____El Paso, Texas_____

Anne T. Berton U.S. Magistrate Judge
_Printed name and title_

Complaint sworn to telephonically on
_December 26, 2024_ at _01:05 PM_ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Rodrigo BERNAL-Islas

PEPT# PEPT251200632

12/26/2024

FACTS    (CONTINUED)

On December 19, 2024, a Fort Hancock, Texas Border Patrol Agent discovered footprints of several individuals going northbound from the U.S./ Mexico International Boundary into the United States in Fort Hancock, Texas, in the Western District of Texas. The agent followed the footprints and discovered six individuals attempting to hide in some tall brush. The agent approached the individuals and identified himself as a United States Border Patrol Agent and questioned the individuals as to their citizenship.  All individuals admitted to being citizens of Mexico and Nicaragua without immigration documents to be or remain in the United States.  The seventh individual was spotted utilizing a mobile camera system. The individual was approached by a Fort Hancock, Texas Border Patrol Agent. The agent identified himself and questioned the individual as to their citizenship. The individual admitted to being a Mexican Citizen without any documents that would allow them to be or remain in the United States. All individuals were placed under arrest and transported to the Fort Hancock, Texas Border Patrol Station.

While at the Fort Hancock Station, BERNAL-Islas, Rodrigo, herein referred to as the DEFENDANT, was advised of his Miranda Rights. The DEFENDANT acknowledged he understood his rights and agreed to answer questions without an attorney present.  The DEFENDANT stated he was trying to get into the United States.

The DEFENDANT also gave consent to search and examine the contents to his cellphone by signing the United States Border Patrol Consent to Search Telephone Form.  In a preliminary examination of the phone, Agents discovered his WhatsApp application. The DEFENDANT had multiple conversations from a smuggler. The conversations between the smuggler and the DEFENDENT, contained Google maps, photos, waypoints, and audio messages guiding the DEFENDANT to pick up locations in the United States, in the Fort Hancock, Texas area.

 The DEFENDANT admitted to having smuggled a group of six individuals on December 18, 2024, and another group of six individuals on December 19, 2024. The DEFENDANT stated that he was smuggling these groups as payment for his own smuggling and opportunity to stay in the United States.

 Immigration History:
The DEFENDANT has been removed 3 times, the last one being to MEXICO on December 9, 2024, through BROWNSVILLE-MATAMOR, TX

Criminal History:
12/24/2011, Siloam Springs Police Department, Reckless Driving(M), CNV, .
12/24/2011, Siloam Springs Police Department, DUI(M), CNV, .
12/24/2011, Siloam Springs Police Department, Poss. of Drug Paraphernalia(M), CNV, 36 days.